# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICHAEL ANTHONY BENSON**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:00M02081-001, 1:00M02082-001, 1:00M02083-001**,<br><br>Marc Ament<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) 1,2,3,4,5 as alleged in the violation petition filed on 10/9/02.

[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✔] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 10/17/00.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] Charge(s) ___ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/24/05
Date of Imposition of Sentence

/s/
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States Magistrate Judge
Name & Title of Judicial Officer

7/5/05
Date

AO 245D-CAED (Rev. 3/04) Judgment in a Criminal Case for Revocation Sheet I  Case 1:00-mj-02083   Document 26   Filed 07/05/05   Page 2 of 3

Judgment - Page 2 of 3

CASE NUMBER: 1:00M02081-001
DEFENDANT: MICHAEL ANTHONY BENSON

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge 1 | Failure to submit a truthful and complete written report within the first five days of each month to the probation officer | 6/24/05 |
| Charge 2 | Failure to notify the probation officer ten days prior to any change in residence or employment | 6/24/05 |
| Charge 3 | Failure to not leave the judicial district without permission of the court or probation officer | 6/24/05 |
| Charge 4 | Failure to follow instructions of the probation officer | 6/24/05 |
| Charge 5 | Failure to reside in and participate in a residential community correctional center for a period not to exceed 15 days or until discharged by the probation officer and center director | 6/24/05 |

Case 1:00-mj-02083   Document 26   Filed 07/05/05   Page 2 of 3

CASE NUMBER:     1:00M02081-001             Judgment - Page 3 of 3
DEFENDANT:       MICHAEL ANTHONY BENSON

# IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 months as to case number 1:00M02081, Cts 1 and 2, case number 1:00M02082, Ct1 and case number 1:00M02083, Ct1. The Bureau of Prisons will determine the amount of time served. The defendant shall pay costs of confinement as determined by the Bureau of Prisons
It is further ordered that the sentence in case numbers 1:00M02081LJO, 1:00M02082LJO and 1:00M02083, to be served concurrently.

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     NV Institution

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

 

 

 

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                      UNITED STATES MARSHAL

                                                      By _____
                                                              Deputy U.S. Marshal